UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61826-CIV-SINGHAL

ERIN ROBERTSON, on behalf of herself and others similarly situated,

    Plaintiff,

v.

LEOSOURCE INSURANCE AGENCY, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal (DE [8]). The Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case. Any pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of April 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel via CM/ECF